# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re KSL Media, Inc. | PLAINTIFF(S) | **CASE NUMBER**<br><br>CV16-02204 DMG |
| v. | | |
| | DEFENDANT(S). | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |

**TRANSFER ORDER DECLINED**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____          _____
Date                                                  United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Case No. 16-02204 involves appeal of an order awarding sanctions against the Debtors' counsel in connection with their opposition to fee applications in the bankruptcy. Case No. 15-02143 involves the Trustee's claim for breach of fiduciary duty against directors/officers of KSL Media concerning their management of the company prior to bankruptcy. While related to the same bankruptcy, the two cases are factually different and require resolution of distinct legal issues.

April 28, 2016                                         [signature]
_____          _____
Date                                                  United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    CV15-02143 AB (GJSx)    and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____N/A_____ to Magistrate Judge _____N/A_____.

On all documents subsequently filed in this case, please substitute the initials ___AB___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV16-02204 AB___. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: [✓] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (03/15)     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)