UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-2204-DMG<br>1:13-bk-15929-MB | Date | April 28, 2016 |

| Title | *In re: KSL Media, Inc.* |
|---|---|

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

____  statement of issues,

____  designation of record,

__X__  notice of transcripts, and

____  filing fee.

Appellant is Ordered to Show Cause no later than **May 12, 2016**, why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.